SANDRA L. HUGHES, Respondent, v NEVILLE T. HUGHES, Appellant.

Submitted October 26, 2015; decided November 24, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ELVIN LEBRON, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of New York State Department of Corrections and Community Supervision, Respondent.

Submitted October 13, 2015; decided November 24, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of STEPHANIE LEWIS, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION et al., Respondents.

Submitted October 26, 2015; decided November 24, 2015

Motion, insofar as it seeks leave to appeal against respondents New York City Health and Hospitals Corporation and Bellevue Hospital Center, dismissed as untimely (see CPLR 5513 [b]; 5514 [a]); motion for leave to appeal otherwise denied.